IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVID, | No. CIV S-09-0092-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. Pending before the court is Plaintiff's motion for preferred legal user status (Doc. 28).

      Plaintiff is requesting the court order his current institution to allow him additional library time in order to prosecute his numerous actions. Plaintiff contends that prison policy is insufficient to meet the needs of all inmates who have active cases, especially those who are uneducated, illiterate[1] or have multiple cases. Other than setting forth the fact that he has five

---

[1] Plaintiff does not indicate that he is one of those inmates who is illiterate.

1

active cases, he does not indicate any specific barrier he faces in meeting the court's deadlines. The court notes that there are no current deadlines set in this action, and plaintiff has not demonstrated that his right of access to the courts is being impaired by his general complaints. The court will not set a deadline merely for the purpose of granting plaintiff additional library time.  If plaintiff experiences any specific difficulties in timely filing responses to the court's orders or defendant's filings, he may request additional time in which to do so on a showing of good cause.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court-ordered deadline or preferred legal user status (Doc. 28) is denied.

DATED:  January 13, 2011

                                                                                **CRAIG M. KELLISON**
                                                                                UNITED STATES MAGISTRATE JUDGE