1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DAVID M. DAVID,                          No. CIV S-09-0092-CMK-P

12            Plaintiff,

13        vs.                                ORDER

14  SCHWARZENEGGER, et al.,

15            Defendants.

16  _____/

17            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the

18  court's final judgment entered on May 2, 2011.  Plaintiff consented to Magistrate Judge

19  jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party was served or appeared in the

20  action.  The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to

21  certify whether the appeal is taken in good faith.  See 28 U.S.C. § 1915(a)(3).  Having reviewed

22  the entire file, the court concludes that the appeal is not taken in good faith.  For the reasons

23  stated in the court's May 2, 2011, order dismissing the action, plaintiff has not stated a claim

24  upon which relief can be granted.

25  / / /

26  / / /

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.      This appeal is <u>not</u> taken in good faith; and

3        2.      The Clerk of the Court is directed to serve a copy of this order on the Pro

4    Se Unit at the Ninth Circuit Court of Appeals.

5

6

7     DATED:  June 6, 2011

8                                          _____
                                           **CRAIG M. KELLISON**
9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26